STATE v. ABERCROMBIE

No. 31P99

Case below: 131 N.C.App. 878

Motion by Attorney General to dismiss appeal allowed 3 March 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

STATE v. ANDREWS

No. 546P98

Case below: 131 N.C.App. 370

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

STATE v. BARRETT

No. 14P99

Case below: 131 N.C.App. 879

Motion by Attorney General for temporary stay denied 20 January 1999. Petition by Attorney General for writ of supersedeas denied 3 March 1999. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

STATE v. BEDDINGFIELD

No. 452P98

Case below: 129 N.C.App. 424

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 February 1999.

STATE v. BOYKIN

No. 406P98

Case below: 130 N.C.App. 485

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 February 1999.